Thompson v. Boles

FRED ALEXANDER THOMPSON v. JAMES ALEX BOLES AND
ALITA REE BOLES

No. 7421SC164

(Filed 6 March 1974)

**Automobiles § 50— insufficiency of evidence of negligence**
    Plaintiff's evidence was insufficient to permit a jury to find that
the collision between his motorcycle and defendants' car occurred
from any negligence on the part of defendants.

APPEAL by plaintiff from *Armstrong, Judge,* 15 October
1973 Session of Superior Court held in FORSYTH County.

Action for damages arising from a collision between plaintiff's motorcycle and defendants' automobile. At the close
of plaintiff's evidence the court allowed defendants' motion for
a directed verdict and plaintiff appealed.

*Richard Tyndall and Walter W. Pitt, Jr. for plaintiff appellant.*

*W. F. Maready for defendant appellees.*

PARKER, Judge.

Plaintiff was the only witness to testify concerning the
collision. From his testimony it is impossible to determine what
occurred. Even resolving all discrepancies in his favor and giving him the benefit of all favorable inferences, his testimony
was insufficient to permit a jury to find that the collision
occurred from any negligence on the part of defendants.

Affirmed.

Judges BRITT and VAUGHN concur.